1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   JULIE A. FUNAI, ESQ.
3  Nevada Bar No. 8725
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
5  (702) 382-1512 - Facsimile
   bebert@lipsonneilson.com
6  jfunai@lipsonneilson.com

7  Attorneys for MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; INCEPTION INVESTMENTS LLC; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-02980-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO EXTEND REBUTTAL EXPERT DISCLOSURES** |
| INCEPTION INVESTMENTS LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Counterdefendants. | |

1  COMES NOW, Defendant MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC. ("HOA"), by and through its counsel of record, LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to file rebuttal expert disclosures shall be extended to **June 30, 2017**. Rebuttal Expert Disclosures were originally due on June 16, 2017. As counsel needs additional time to evaluate this matter, the parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the overall increase in litigation in these matters.

DATED this 16th day June, 2017.

LIPSON, NEILSON, COLE, SELTZER &

GARIN, P.C.

*/s/ Julie A. Funai*
By:_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.*

CASE No.: 2:16-cv-02980-JCM-PAL
*Monaco Landscape Maintenance Association, Inc. v. Bank of America, N.A.*
**Stipulation and Order to Extend Rebuttal Expert Disclosures Deadline**

AKERMAN LLP

By: */s/ Thera Cooper*
_____
Ariel E. Stern, Esq.
Thera Cooper, Esq.
Akerman LLP
1600 Town Center Dr., Ste. 330
Las Vegas, NV 89144
(702) 634-5000 Ex. 75022
ariel.stern@akerman.com
Thera.Cooper@akerman.com

*Attorneys for Federal National Mortgage Association and Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home loans Servicing, LP*

**ORDER**

IT IS SO ORDERED.

DATED this \_\_20th\_\_ day of \_\_\_June\_\_\_\_\_, 2017.

_____
UNITED STATES MAGISTRATE JUDGE