ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA COOPER, ESQ.
Nevada Bar No.13468
**Akerman LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Federal National Mortgage Association and Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; INCEPTION INVESTMENTS LLC; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02980-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| INCEPTION INVESTMENTS LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Counterdefendants. | |

43011076;1

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiffs Federal Natonal Mortgage Association (**Fannie Mae**) and Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendant Monaco Landscape Maintenance Association, Inc. (**Monaco**), and defendant Inception Investments, LLC (**Inception**), respectfully submit the following stipulation and order to allow Plaintiffs fourteen (14) additional days to file their response to Moncao's motion for summary judgment (ECF No. 33) and allow Monaco and Inception fourteen (14) additional days to file their responses to Plaintiffs' motion for summary judgment (ECF No. 32).

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

2

43011076;1

Plaintiffs filed their motion for summary judgment on September 15, 2017. (ECF No. 32.) Monaco and Inception's deadline to file their responses to Plaintiff's motion for summary judgment is October 6 2017. Monaco filed its motion for summary judgment on September 15, 2017. (ECF No. 33.) Plaintiffs' deadline to file their response to Monaco's motion for summary judgment is October 6 2017. The parties stipulate to extending their respective deadlines by fourteen (14) additional days, to October 20, 2017, to allow the parties' additional time to prepare their responses. This is the parties' first request for an extension of this deadline and is not being made for the purpose of dely.

Dated this 3rd day of October, 2017.

**AKERMAN LLP**

*/s/ Thera Cooper*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Bank of America, N.A. and Federal National Mortgage Association*

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ Julie Funai*
JULIE FUNAI, ESQ.
Nevada Bar No. 8725
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
9900 Covington Cross Drive, Suite. 120
Las Vegas, Nevada 89144

*Attorneys for Monaco Landscape Maintenance Association, Inc.*

**HONG & HONG, A PROFESSIONAL LAW CORPORATION**

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 W. Twain Avenue
Las Vegas, Nevada 89135

*Attorney for Inception Investments LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 6, 2017

3

43011076;1