ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA COOPER, ESQ.
Nevada Bar No.13468
**Akerman LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Federal National Mortgage Association and Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiffs,<br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; INCEPTION INVESTMENTS LLC; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02980-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| INCEPTION INVESTMENTS LLC,<br><br>Counterclaimant,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Counterdefendants. | |

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  Plaintiffs Federal Natonal Mortgage Association (**Fannie Mae**) and Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendant Monaco Landscape Maintenance Association, Inc. (**Monaco**), and defendant Inception Investments, LLC (**Inception**), respectfully submit the following stipulation and order to allow Plaintiffs twenty-four (24) additional days to file their reply in support of Plaintiffs' motion for summary judgment (ECF No. 32) and allow Monaco and Inception twenty-four (24) additional days to file their replies in support of their respective motions for summary judgment (ECF No. 32). Plaintiffs filed their motion for summary judgment on September 15, 2017. (ECF No. 32.) Monaco and Inception's filed their responses to Plaintiff's motion for summary judgment on October 20, 2017. (ECF Nos. 38 and 39). Plaintiffs' deadline to file their reply in support of their motion for summary judgment is November 3, 2017. Monaco filed its motion for summary judgment on September 15, 2017. (ECF No. 33.) Plaintiffs filed their response to Monaco's motion for summary judgment on October 20, 2017 (ECF No. 37). Monaco's deadline to file its reply in support of its motion for summary judgment is November 3, 2017.

…

…

…

…

…

…

…

…

…

…

…

…

…

2

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties stipulate to extending their respective deadlines by twenty-four (24) additional days, to November 27, 2017, to allow the parties' additional time to prepare their replies. This is the parties' first request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 30th day of October, 2017.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Thera Cooper* | */s/ Julie Funai* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>THERA COOPER, ESQ.<br>Nevada Bar No. 13468<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | JULIE FUNAI, ESQ.<br>Nevada Bar No. 8725<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>9900 Covington Cross Drive, Suite. 120<br>Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff Bank of America, N.A. and Federal National Mortgage Association* | *Attorneys for Monaco Landscape Maintenance Association, Inc.* |

**HONG & HONG, A PROFESSIONAL LAW CORPORATION**

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 W. Twain Avenue
Las Vegas, Nevada 89135

*Attorney for Inception Investments LLC*

### ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: October 31, 2017